```
1   JORGE JAVIER
    ANA GLORIA RIVAS
2   6816 HOMAN CT.
    CHINO, CA 91710
3   (909) 664 - 3529
    NO FAX, NO EMAIL
4
    In pro per
5
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CV 11 - 00947 SJO (AJWx)**

| | |
|---|---|
| 1. JORGE JAVIER,<br>2. ANA GLORIA RIVAS<br>    Plaintiffs,<br>vs.<br>1. The Bank of New York Mellon FKA The Bank of New York as Successor to JP Morgan Chase Bank, N.A., as trustee for holders of Sami II 2006-AR1, MTG Pass-Through Certificates, Series 2006-AR1<br>2. BAC Home Loans Servicing LP,<br>3. RECONTRUST COMPANY<br>    Defendants | Case No.: _____<br><br>**Complaint to Action of Quiet Title/**<br>**Lis Penden**<br><br>**1) Violation of Regulation Z of the Truth in Lending Act, pursuant to Title 5 U.S.C. section 1635(a) and Title 12 CFR 226.23 (d)(i).** |

Quiet Title Lis Penden/ Honor Draft - 1

Here comes the Plaintiffs **JORGE JAVIER AND ANA GLORIA RIVAS** who are bringing this complaint to Action of Quiet Title/ Lis Pendens to this court.  This controversy is over Five Hundred Thousand Dollars and it also involves a real property located at 6816 Homan Ct. Chino, CA 91710.

## JURISDICTION OF THE COURT

The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United States shall be vested in the Supreme Court by the Constitution for the United States of America.  The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress.

The jurisdiction of this subject matter involves real property, constructive fraud, misinformation, failure to give full disclosure of contract, counterfeiting securities, conspiracy, and violation of Regulation Z of the Truth and Lending Act/ and GAAP/ the Federal Reserve Board Regulation.  In further notice of jurisdiction and judicial notice **JORGE JAVIER AND ANA GLORIA RIVAS,** reserve all rights, waiver none ever, displaying of Bonds (Financial Statement) from the Secretary of State.  A claim of relief can only be granted under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency Act), House Joint Resolution-192 Public Policy, and the Uniform Commercial

Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor.

Additional jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter/Title 18 is enforcement of criminal elements, and furthermore, the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal

**PARTIES OF INTEREST**

Plaintiff at all times mentions: Secured Party **JORGE JAVIER AND ANA GLORIA RIVAS.**

Defendant at all times mentions:
1. THE BANK OF NEW YORK MELLON,
2. BAC Home Loans Servicing LP,
3. RECONTRUST COMPANY

**FACTS**

On or around May 28, 2010 a Notice of Trustee Sale has been served upon the JORGE JAVIER and ANA GLORIA RIVAS and the other residents of the property in question.  The reason that our property was given a trustee sale notice in bad faith indicates that the property has been reconveyanced and the Defendants have been or should have been informed about those proceedings and honor the filings with cancellation of the foreclosure trustee sale.  The Defendants instead of honoring the federal court disregarded automatic stay and went forward with frivolous filing of deed of trust upon sell against the Plaintiffs.  They

did not properly serve the Plaintiffs and this is why Plaintiffs found out about the judgment entered against them when they had been sold out of their property. This is the reason why Plaintiffs is seeking the remedy in U.S. District Court.

The affirmative fact is that Plaintiffs JORGE JAVIER AND ANA GLORIA RIVAS, further has reason to believe that the general public and the public at large are in jeopardy due to these unethical business practices and the Defendants' willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act and is expecting Relief under said act. This is the reason why JORGE JAVIER AND ANA GLORIA RIVAS honor the defendant's mutual administrative settlement agreement and stipulations and has or will be filing, an action to Quiet title/Lis Penden, under the rules of the Common Law, to test the Validity of the Agreement and let the Jury make the Determination whether there is a Breach of Contract between the Grantor and the Grantee, who is the lawful owner of the property.

Please take Judicial Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.

Plaintiffs would like to mention the recent case in Ohio when Judge Boyko in the state of Ohio in the USA made a ruling that the bank had no legal right to foreclose on 14 homes whose

owners had failed to keep current in their monthly mortgage payments. Now this might sound like small bear for Deutsche Bank, one of the world's largest banks with over ¤1.1 trillion (Billionen) in assets worldwide. For the Anglo-Saxon banking world and its European allies like Deutsche Bank, BNP Paribas, Barclays Bank, HSBC or others.

   A US Federal Judge, C.A. Boyko in Federal District Court in Cleveland Ohio ruled to dismiss a claim by Deutsche Bank National Trust Company. DB's US subsidiary was seeking to take possession of 14 homes from Cleveland residents living in them, in order to claim the assets.  The Judge asked Deutsche Bank to show documents proving legal title to the 14 homes. Deutsche Bank could not. All Deutsche Bank attorneys could show was a document showing only an "intent to convey the rights in the mortgages." They could not produce the actual mortgage, the heart of Western property rights since the Magna Charta of not longer.

   Again why could Deutsche Bank not show the 14 mortgages on the 14 homes? Because they live in the exotic new world of "global securitization", where banks like DB or Citigroup buy tens of thousands of mortgages from small local lending banks, "bundle" them into Jumbo new securities which then are rated by Moody's or Standard & Poors or Fitch, and sell them as bonds to pension funds or other banks or private investors who naively believed they were buying bonds rated AAA, the highest, and never realized that their "bundle" of say 1,000 different home

mortgages, contained maybe 20% or 200 mortgages rated "sub-prime," i.e. of dubious credit quality. Indeed the profits being earned in the past seven years by the world's largest financial players from Goldman Sachs to Morgan Stanley to HSBC, Chase, and yes, Deutsche Bank, were so staggering, few bothered to open the risk models used by the professionals who bundled the mortgages. Certainly not the Big Three rating companies who had a criminal conflict of interest in giving top debt ratings. That changed abruptly last August and since then the major banks have issued one after another report of disastrous "sub-prime" losses.

Judge Boyko warned Lender Deutsche Bank National Trust Co. if Proper mortgage ownership documents weren't produced, he would Dismiss 14 foreclosures. Using this example Plaintiffs JORGE JAVIER AND ANA GLORIA RIVAS are noticing that foreclosure of the properties in question was not legal, they are respectfully requesting to produce proper Ownership documents from the Defendants. If not provided, the Foreclosure should be dismissed for the reason that Defendant did not have a reason to foreclosure on the property, especially that Defendant had or should have a knowledge that property in question is in bankruptcy.

**COUNTERFEITING SECURITIES OF THE UNITED STATES**

Article 1, section 8, clause 6 in the U.S. Constitution provides that, "the Congress shall have power to provide for the punishment of counterfeiting the securities and current coin of the United States.

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of indebtedness, which, in a broad sense may mean anything that is due or owing, which would include a duty, obligation, or right of action.  The negotiable instrument that was deposited in the above mentioned account, qualifies as counterfeited securities. If not provided, the Foreclosure should be dismissed for the reason that Defendant did not have a reason to foreclosure on the property; especially that Defendant had or should have a knowledge that property in question is under substitution of trustee and full reconveyance document number: 2010-0375077.
//
//

## FAILURE TO GIVE FULL DISCLOSURE OF CONTRACT ACCORDING TO THE TRUTH AND LENDING ACT AND REGULATION Z

The Secured Party, JORGE JAVIER AND ANA GLORIA RIVAS, spokesperson for the non-debtor corporation, reserve all rights and remedy under the Uniform Commercial Code and the Emergency Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the Chief Justice transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court and the Bankruptcy code is the Supreme Law of the Land.  For the affirmative fact the Secured Party, pursuant to Public Policy HJR-192, Bill of Exchange for Four Hundred Ten Thousand Dollars and Zero Cents, the Secured Party transmitted Utilities to the Secretary of State and the Secretary of the Treasury, instructing all parties to make adjustment of account, wherefore the defendant and all parties of interest have currently been served.

## STATEMENT OF CAUSE

The Secured Party JORGE JAVIER AND ANA GLORIA RIVAS attest and are informed of the definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right to incur debt and defer its payment.

The Secured Party, JORGE JAVIER AND ANA GLORIA RIVAS are further informed that it is the responsibility of the lenders (creditor) to give full disclosure of contract and delegated authority of right or executive order by Legislature to defer

payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin money, emit bills of credit..."** And **it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.**

The affirmative fact is that Defendants and its cohorts, also failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the Plaintiffs. The Defendants further failed to disclose the loan was pre-paid and the Plaintiffs would be converted into a joint tenants for 30 years. It also was not disclosed to the plaintiff that all monthly payments of Federal Reserve Notes, tender for debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

**See Jerome Daily v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968 ruled that Federal Reserve Notes were fiat money and not legal tender. After jury deliberation and return a unanimous verdict for defendant was entered after bank president admitted that it was standard banking procedure that he created the "money", he loaned it to the defendant as a book entry.** On

December 7th at the conclusion of trial the mortgage was canceled.

The Secured Party, JORGE JAVIER AND ANA GLORIA RIVAS, further have reason to believe this operation under the color of authority by Defendants is in direct violation of the Constitution for the United States of America, also the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large. The Secured Party, JORGE JAVIER AND ANA GLORIA RIVAS, in their own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice.

## JUDICIAL NOTICE OF HOW A THE CLAIM OF RELIEF CAN BE GRANTED

The Secured Party, JORGE JAVIER AND ANA GLORIA RIVAS give **Judicial Notice to the United States District Court that relief can only be granted:**

**A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. Per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

**B) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code.**

## CONCLUSION

The Secured Party, JORGE JAVIER AND ANA GLORIA RIVAS, **honored** and further anticipate that Defendants and their attorneys invade of administrative settlement agreement between the parties, in a spurious attempt to cover up the RICO and unclean hands, requests an order for dismissal due to defendants' failure to post bond or state how a claim of relief can be granted, when the affirmative fact shows the Acceptance for value by the Secured Party, see exhibit of bond, a.k.a. financial statement/ transmit of utilities and adjustment of account has been taken care of under Public Policy HJR-192/ Emergency Bankruptcy Act, which the plaintiff gives Judicial Notice of the settlement agreement and stipulations and this is how a claim of relief can be granted and all of the mentioned in the above.

## PRAYER

1) Request to the Court that the it will honor the terms and conditions of the settlement agreement between the parties to

Stay of all dishonor/ non-judicial foreclosure proceeding, stay of harassment of the Plaintiffs.

2) Request to the Court that Defendants will honor the terms and conditions of the settlement agreement between the parties request for three times the above and the amount of the Bill of Exchange, which will be presented at trial.

3) Request to the Court that Defendants will honor the terms and conditions of the settlement agreement between the parties Defendant will cease and desist all commercial **dishonor/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out **dishonored** by silence, Plaintiffs' Request to have a professional accountant to check the credit and debit of the account. Request that this court accept Plaintiffs' bond UCC-1 financial statement by the secretary of state as acceptance merit evidence that a claim of relief has been mentioned according to HJR-192 Public Policy and the Bankruptcy Emergency Act/ Uniform Commercial Code.

4) Request to the Court that Defendant will honor the terms and conditions of the settlement agreement between the parties, as well as special request that this controversy is governed only according to the rule of the Common Law Article III proceeding, waiver of Rights none ever to special Maritime Territory and Jurisdictional proceeding of legislative none ever, unless signed by a notary public...

5) Request to the Court that Defendant will honor the terms and conditions of the settlement agreement between the parties and further **relief can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

6) Request to the Court that Defendants will honor the terms and conditions of the settlement agreement between the parties to have Defendants before they hire any attorney dishonor/ protest JORGE JAVIER AND ANA GLORIA RIVAS honor draft (Quiet Title Lis Penden) that they first swear under their full commercial liability under the penalty of perjury and sign a jurat or record a full Reconveyance on the Deed of Trust in the County Recorder and do whatever the District Court of the United States article III court deem to be just and proper.

**VERIFICATION**

The Secured Party, JORGE JAVIER AND ANA GLORIA RIVAS, declare and attest that they have honored all Defendants' notices. In further they dishonored any refusal to sign under Defendants' full commercial liability under the penalty of perjury and gives full disclosure pursuant to the Truth and Lending Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the Plaintiffs, JORGE JAVIER AND ANA GLORIA RIVAS

Quiet Title Lis Penden/ Honor Draft - 13

qualify under the House Joint Resolution-192, the United States insurance policy, (and according to JORGE JAVIER and ANA GLORIA RIVAS' home insurance policy) to have the public debt discharged.  Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and Defendants' dishonoring the administrative settlement agreement between the parties by non judicial foreclosure/ counter claims/ motion for dismissal shall be viewed as a breach of agreement between the parties and shall also be viewed as true and correct.

January 28, 2011

Henceforth Submitted;

_____
JORGE JAVIER

_____
ANA GLORIA RIVAS

Name & Address:
JORGE JAVIER
ANA GLORIA RIVAS
6816 HOMAN CT.
CHINO, CA 91710

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| 1. JORGE JAVIER<br>2. ANA GLORIA RIVAS<br>                        PLAINTIFF(S)<br>v. | CV 11 - 00947 SJO AJWx |
| 1. The Bank of New York Mellon FKA The Bank of new York as successor to JP Morgan chase Bank, N.A., as trustee for holders of Sami II 2006-AR1, MTG Pass-Through Certificates, Series 2006-AR1<br>2. BAC Home Loans Servicing LP,<br>3. Recontrust Company          DEFENDANT(S). | SUMMONS |

TO:   DEFENDANT(S):  1) THE BANK OF NEW YORK MELLON, 2) BAC Home Loans Servicing LP, 3) Recontrust Company

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, ___Jorge Javier & Ana Gloria Rivas___, whose address is ___6816 HOMAN CT., CHINO, CA  91710___. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated:  __JAN 31 2011__

Clerk, U.S. District Court

TERRY NAFISI

By: MURRAY
Deputy Clerk

(Seal of the Court)

FOR OFFICE USE ONLY

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

**CV11- 947 SJO (AJWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)

JORGE JAVIER
ANA GLORIA RIVAS

SAN BERNARDINO

**DEFENDANTS**

THE BANK OF NEW YORK MELLON,
BAC HOME LOANS SERVICING LP
RECONTRUST COMPANY

UNKNOWN

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

SAME

Attorneys (If Known)

N/A

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT: $** _____ 95,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
TITLE 5 USC SECTION 1635 (a) snd TITLE 12 CFR 226.3 (d) and(i)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☑ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV 11 - 00947 SJO
AJWx

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)            CIVIL COVER SHEET    JAN 31 2011            Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☑ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO, CA | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO, CA | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO, CA | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _/s/ Ana Gloria King_  Date  JANUARY 28, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |