LODGED

JORGE JAVIER
GLORIA RIVAS
6816 HOMAN CT.
CHINO, CA 91710
(909) 664 - 3529
NO FAX, NO E-MAIL

2011 JAN 31  PM 4: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

PLAINTIFF, IN PRO SE

**DENIED**
BY ORDER OF
UNITED STATES DISTRICT JUDGE
ON  1/31/11

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV 11 - 00947  SJO (AJWx)

1. JORGE JAVIER,                        ) Case No.:
2. GLORIA RIVAS                         )
                                        )
        Plaintiffs,                     )
                                        )
        vs.                             )
                                        )
1. The Bank of New York Mellon FKA      )
   The Bank of New York as              )
   Successor to JP Morgan Chase         ) **[PROPOSED] TEMPORARY RESTRAINING
   Bank, N.A. ,as trustee for           ) ORDER AND ORDER TO SHOW CAUSE RE
                                        ) PRELIMINARY INJUNCTION**
   holders of Sami II 2006-AR1,MTG      )
   Pass-Through Certificates,           )
   Series 2006-AR1                      )
2. BAC Home Loans Servicing LP,         )
3. RECONTRUST COMPANY                   )
        Defendants                      )

[PROPOSED] ORDER

- 1 -

1  YOU ARE HEREBY ORDERED TO SHOW CAUSE at_____ on
2  _____, or as soon thereafter as counsel may be heard, in
3  the courtroom of the Honourable_____
4  Located at _____, why you, your
5  agents, officers, and assigns, should not be enjoined pending trial of
6  this action from engaging in or performing any act to deprive
7  Plaintiffs of their residence in and possession of the real property
8  located at **6816 HOMAN CT, CHINO, SAN BERNARDINO COUNTY, STATE OF**
9  **CALIFORNIA**, including but not limited to instituting lockout
10 proceedings on the property or from otherwise taking any steps
11 whatsoever to deprive Plaintiffs of their residence in and possession
12 of the property or to impair or degrade the value of the property.
13     **PENDING HEARING** on the above Order to Show Cause, you, your
14 officers, agents, servings, employees, attorneys, and all those in
15 active concert or participation with you or them **ARE HEREBY RESTRAINED**
16 **AND ENJOINED** from engaging in or performing any act to deprive
17 Plaintiff of his residence in and possession of the real property
18 located at **6816 HOMAN CT, CHINO, SAN BERNARDINO COUNTY, STATE OF**
19 **CALIFORNIA**, including but not limited to instituting of performing
20 lockout proceedings on the property or from otherwise taking any steps
21 whatsoever to deprive Plaintiffs of their residence in and possession
22 of the property or to impair or degrade the value of the property.
23     **IT IS FURTHER ORDERED** that this temporary restraining order shall
24 be binding on the parties to this action and all other persons or
25 entities who receive actual notice of this order.
26     The above temporary restraining order is effective immediately.
27 This Order to Show Cause and supporting papers must be served on
28 Defendants by fax or overnight mail no later than_____ days

[PROPOSED] ORDER

1  before the date set of hearing, and proof of service shall be filed no
2  later than days before the hearing. Any response or opposition to this
3  Order to Show Cause must be filed and served on Plaintiffs' counsel
4  via fax or e-mail no later than_____ court days before the
5  date set for hearing, and proof of service shall be filed no later
6  than days before the hearing

8  IT IS SO ORDERED.

10 DATED: January_____2011

**DENIED**
BY ORDER OF
UNITED STATES DISTRICT JUDGE
ON  1/31/11

**UNITED STATES**
**DISTRICT COURT JUDGE**